RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Data Scape Limited*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>                    Plaintiff,<br><br>          vs.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 2:18-cv-10659<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.* in which Plaintiff Data Scape Limited ("Plaintiff," "Data Scape") makes the following allegations against Defendant Apple Inc. ("Defendant" or "Apple"):

**PARTIES**

1.     Data Scape is a company organized under the laws of Ireland with its office located at Office 115, 4-5 Burton Hall Road, Sandyford, Dublin 18, Ireland.

2.     On information and belief, Apple is a California corporation with its principal place of business at One Apple Park Way, Cupertino, California 95014.  Apple has regular and established places of business in this District, including, *e.g.*, at 8500 Beverly Blvd., Los Angeles, CA 90048. Apple further has a relevant and existing presence in Hollywood, where it employs at least dozens of employees. https://www.linkedin.com/in/dking061, https://www.linkedin.com/in/jingw, https://www.linkedin.com/in/tylergrisham/, https://www.linkedin.com/in/scott-plagenhoef-a5785b54/. Further, Data Scape is informed and believes that Apple is in the process of significantly expanding its operations in this District, including through a lease of 8777 Washington Blvd., in Culver City, California. *See* https://www.latimes.com/business/hollywood/la-fi-ct-apple-culver-city-20180118-story.html. Apple can be served through its registered agent, CT Corporation System, 818 W. Seventh Street, Suite 930, Los Angeles, California, 90017.

**JURISDICTION AND VENUE**

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Apple in this action because Apple has committed acts within the Central District of California giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Apple would not offend traditional notions of fair play and substantial justice.  Apple, directly and through subsidiaries or intermediaries, has committed and continues to commit acts of infringement in this District by, among other things, offering to sell and selling products and/or services that infringe the asserted patents.

5.     Venue is proper in this district under 28 U.S.C. § 1400(b). Apple is registered to business in California, and upon information and belief, Apple has transacted business in the Central District of California and has committed acts of direct and indirect infringement in the Central District of California. Apple has regular and established place(s) of business in the District, as set forth above.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 7,720,929

6.     Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

7.     Data Scape is the owner by assignment of United States Patent No. 7,720,929 ("the '929 Patent") entitled "Communication System And Its Method and Communication Apparatus And Its Method."  The '929 Patent was duly and legally issued by the United States Patent and Trademark Office on May 18, 2010.  A true and correct copy of the '929 Patent is included as Exhibit A.

8.     On information and belief, Apple has offered for sale, sold and/or imported into the United States Apple products and services that infringe the '929 patent, and continues to do so.  By way of illustrative example, these infringing products and services include, without limitation, Apple's products and services, *e.g.*, Apple iCloud, Apple iTunes and the Apple devices on which they operate (*e.g.* iPhone, MacBook, iPad), and all versions and variations thereof since the issuance of the '929 Patent ("Accused Instrumentalities").

9.     On information and belief, Apple has directly infringed and continues to infringe the '929 Patent, for example, by making, selling, offering for sale, and/or importing the Accused Instrumentalities, and through its own use and testing of the Accused Instrumentalities, which constitute the communication system of Claim 1 of the  '929 Patent comprising: a first apparatus having a first storage medium, and a second apparatus, said second apparatus comprising: a second storage medium configured to store management information of data to be transferred to said first

storage medium, a communicator configured to communicate data with said first apparatus, a detector configured to detect whether said first apparatus and said second apparatus are connected, an editor configured to select certain data to be transferred and to edit said management information based on said selection without regard to the connection of said first apparatus, and a controller configured to control transfer of the selected data stored in said second apparatus via said communicator based on said management information edited by said editor when said detector detects that said first apparatus and said second apparatus are connected, wherein said controller is configured to compare said management information edited by said editor with management information of data stored in said first storage medium and to transmit data in said second apparatus based on the results of the comparison. Upon information and belief, Apple uses the Accused Instrumentalities, which are infringing systems, for its own internal non-testing business purposes, while testing the Accused Instrumentalities, and while providing technical support and repair services for the Accused Instrumentalities to Apple's customers.

10.     On information and belief, Apple has had knowledge of the '929 Patent since at least the filing of the original Complaint in this action, or shortly thereafter, and on information and belief, Apple knew of the '929 Patent and knew of its infringement, including by way of this lawsuit. By the time of trial, Apple will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of the claims of the '929 Patent.

11.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the claims of the '929 Patent.

12.     Apple's affirmative acts of making, using, selling, offering for sale, and/or importing the Accused Instrumentalities have induced and continue to induce users of the Accused Instrumentalities to use the Accused Instrumentalities in their normal and customary way to infringe Claim 1 of the '929 Patent, knowing that when the Accused Instrumentalities are used in their ordinary and customary manner such systems

constitute infringing communication systems comprising: a first apparatus having a first storage medium, and a second apparatus, said second apparatus comprising: a second storage medium configured to store management information of data to be transferred to said first storage medium, a communicator configured to communicate data with said first apparatus, a detector configured to detect whether said first apparatus and said second apparatus are connected, an editor configured to select certain data to be transferred and to edit said management information based on said selection without regard to the connection of said first apparatus, and a controller configured to control transfer of the selected data stored in said second apparatus via said communicator based on said management information edited by said editor when said detector detects that said first apparatus and said second apparatus are connected, wherein said controller is configured to compare said management information edited by said editor with management information of data stored in said first storage medium and to transmit data in said second apparatus based on the results of the comparison. For example, Apple explains to customers the benefits of using the Accused Instrumentalities, such as by touting their advantages communicating and sharing data among multiple devices:

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

**Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP40010672-CH12-SW1. For similar reasons, Apple also induces its customers to use the Accused Instrumentalities to infringe other claims of the '929 Patent. Apple specifically intended

and was aware that the normal and customary use of the Accused Instrumentalities on compatible systems would infringe the '929 Patent.  Apple performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '929 Patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement.  On information and belief, Apple engaged in such inducement to promote the sales of the Accused Instrumentalities, *e.g.,* through Apple's user manuals, product support, marketing materials, demonstrations, installation support, and training materials to actively induce the users of the accused products to infringe the '929 Patent.  Accordingly, Apple has induced and continues to induce end users of the accused products to use the accused products in their ordinary and customary way with compatible systems to make and/or use systems infringing the '929 Patent, knowing that such use of the Accused Instrumentalities with compatible systems will result in infringement of the '929 Patent.  Accordingly, Apple has been (since at least as of filing of the original complaint), and currently is, inducing infringement of the '929 Patent, in violation of 35 U.S.C. § 271(b).

13.     Apple  also indirectly infringes the '929 Patent by manufacturing, using, selling, offering for sale, and/or importing the accused products, with knowledge that the accused products were and are especially manufactured and/or especially adapted for use in infringing the '929 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.  On information and belief, the Accused Instrumentality is designed to be used as an infringing communication systems comprising: a first apparatus having a first storage medium, and a second apparatus, said second apparatus comprising: a second storage medium configured to store management information of data to be transferred to said first storage medium, a communicator configured to communicate data with said first apparatus, a detector configured to detect whether said first apparatus and said second apparatus are connected, an editor configured to select certain data to be transferred and to edit said

management information based on said selection without regard to the connection of said first apparatus, and a controller configured to control transfer of the selected data stored in said second apparatus via said communicator based on said management information edited by said editor when said detector detects that said first apparatus and said second apparatus are connected, wherein said controller is configured to compare said management information edited by said editor with management information of data stored in said first storage medium and to transmit data in said second apparatus based on the results of the comparison. Because the Accused Instrumentality is designed to operate as the claimed system for communication, the Accused Instrumentality has no substantial non-infringing uses, and any other uses would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental.  Apple's manufacture, use, sale, offering for sale, and/or importation of the Accused Instrumentality constitutes contributory infringement of the '929 Patent. Accordingly, Apple has been, and currently is, contributorily infringing the '929 patent, in violation of 35 U.S.C. § 271(c).

14.    The Accused Instrumentalities include a system for communicating data. For example, the Accused Instrumentalities include "[a] communication system including a first apparatus having a first storage medium, and a second apparatus."  For example, the Accused Instrumentalities communicate and transfer a document stored on one Apple device (e.g. a MacBook, iCloud Drive) to another Apple device (e.g. an iPhone):



Figure 4–1  Pushing document changes to iCloud

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP40010672-CH12-SW1.

Previous    Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

> **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

# Storing and Using Documents in iCloud

Documents in iCloud provide the central location from which updates can be delivered to a user's computers and iOS devices. All documents must be created on a local disk initially and moved to a user's iCloud account later. A document targeted for iCloud storage is not moved to iCloud immediately, though. First, it is moved from its current location in the file system to a local system-managed directory where it can be monitored by the iCloud service. After that transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

While in iCloud storage, changes made on one device are stored locally and then pushed to iCloud using a local daemon, as shown in Figure 4–1. To prevent large numbers of conflicting changes from occurring at the same time, apps are expected to use file coordinator objects to perform all changes. File coordinators mediate changes between your app and the daemon that facilitates the transfer of the document to and from iCloud. In this way, the file coordinator acts like a locking mechanism for the document, preventing your app and the daemon from modifying the document simultaneously.

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067 2-CH12-SW1.

15.    The    Accused    Instrumentalities    include    "said    second    apparatus comprising: a second storage medium configured to store management information of data to be transferred to said first storage medium." As shown from the below screen captures from an iPhone (an example of the second apparatus), the iPhone includes gigabytes of storage, and can manage the transfer of data from itself to the iCloud Drive and then to another Apple Device (*e.g.* MacBook). Both the iCloud Drive and the MacBook include storage and are an examples of a first storage medium.



16.     The Accused Instrumentalities further include a second apparatus comprising "a communicator configured to communicate with said first apparatus." For example, the iPhone is designed to communicate with the iCloud drive over cellular and/or WiFi networks:

Previous   Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

> **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

## Storing and Using Documents in iCloud

Documents in iCloud provide the central location from which updates can be delivered to a user's computers and iOS devices. All documents must be created on a local disk initially and moved to a user's iCloud account later. A document targeted for iCloud storage is not moved to iCloud immediately, though. First, it is moved from its current location in the file system to a local system-managed directory where it can be monitored by the iCloud service. After that transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

While in iCloud storage, changes made on one device are stored locally and then pushed to iCloud using a local daemon, as shown in Figure 4-1. To prevent large numbers of conflicting changes from occurring at the same time, apps are expected to use file coordinator objects to perform all changes. File coordinators mediate changes between your app and the daemon that facilitates the transfer of the document to and from iCloud. In this way, the file coordinator acts like a locking mechanism for the document, preventing your app and the daemon from modifying the document simultaneously.

**Figure 4-1**  Pushing document changes to iCloud



1  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu

2  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067

3  2-CH12-SW1.

4       17.     The Accused Instrumentalities further include a second apparatus

5  comprising "a detector configured to detect whether said first apparatus and a second

6  apparatus                                    are                                    connected."

7  For example, an iPhone can detect whether or not it is detected to a connected to the

8  iCloud Drive via a cellular and/or WiFi network:



23       18.     The Accused Instrumentalities further include a second apparatus

24  comprising "an editor configured to select certain data to be transferred and to edit said

25  management information based on said selection without regard to the connection of

26  said first apparatus." For example, the iPhone is configured to allow a user to select the

27  applications that share date with the iCloud Drive even when the user is not connected

28  to a cellular or WiFi network or the iCloud Drive (*e.g.* in Airplane Mode):



19.     The Accused Instrumentalities further include a second apparatus comprising "a controller configured to control transfer of the selected data stored in said second apparatus to said first apparatus via said communicator based on said management information edited by said editor when said detector detects that said first apparatus and said second apparatus." For example, when the iPhone is connected to the iCloud drive over a cellular and/or WiFi network, it will transfer the data stored in the applications selected by the user to the iCloud Drive:

iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by
  by dragging individual documents from a Mac to the iCloud website (and the cannot be re-
  downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type -
i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged.
When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed,
the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264

20.     The Accused Instrumentalities further include a second apparatus wherein said controller "is configured to compare said management information edited by said editor with management information of data stored in said first storage medium and to transmit data in said second apparatus based on result of the comparison." For example, the iPhone is configured to compare the data already transmitted to the iCloud Drive with the data present in the iPhone Applications that have been selected and transmit new or changed data for in the iPhone Applications (*e.g.* a new photo that was not previously saved on the iCloud Drive):

iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by by dragging individual documents from a Mac to the iCloud website (and the cannot be re-downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type - i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged. When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed, the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264

21.     Apple also infringes other claims of the '929 Patent, directly and through inducing infringement and contributory infringement.

22.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '929 Patent.

23.     By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' data communication features, Apple has injured Data Scape and is liable to Data Scape for infringement of the '929 Patent pursuant to 35 U.S.C. § 271.

24.     As a result of Apple's infringement of the '929 Patent, Plaintiff Data Scape is entitled to monetary damages in an amount adequate to compensate for Apple's infringement, but in no event less than a reasonable royalty for the use made of the invention by Apple, together with interest and costs as fixed by the Court.

## COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 10,027,751

25.     Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

26.     Data Scape is the owner by assignment of United States Patent No. 10,027,751 ("the '751 Patent") entitled "Communication System And Its Method and Communication Apparatus And Its Method."  The '751 Patent was duly and legally issued by the United States Patent and Trademark Office on July 17, 2018.  A true and correct copy of the '751 Patent is included as Exhibit B.

27.     On information and belief, Apple has offered for sale, sold and/or imported into the United States Apple products and services that infringe the '751 patent, and continues to do so.  By way of illustrative example, these infringing products and services include, without limitation, Apple's products and services, *e.g.*, Apple iCloud, Apple iTunes and the Apple devise on which they operate (*e.g.* iPhone, MacBook, iPad), and all versions and variations thereof since the issuance of the '751 Patent ("Accused Instrumentalities").

28.     On information and belief, Apple has directly infringed and continues to infringe the '751 Patent, for example, by making, selling, offering for sale, and/or importing the Accused Instrumentalities, and through its own use and testing of the Accused Instrumentalities, which perform the method of communicating claimed by Claim 10 of the '751 Patent comprising: editing management information of data to be transferred from an apparatus to an external apparatus by selecting certain data to be transferred, the management information stored in a storage medium of the apparatus, without regard to the connection of the apparatus and the external apparatus; detecting,

at the apparatus, whether the apparatus and the external apparatus are connected; comparing, by a controller at the apparatus, the edited management information with management information of data stored in the external apparatus; determining, by the controller, a size of the selected data in the communication apparatus; and transmitting, by the controller, the selected data from the apparatus to the external apparatus based on the management information, a result of the comparison, and a result of the determination when the detection indicates that the apparatus and the external apparatus are connected. Upon information and belief, Apple uses the Accused Instrumentalities, which perform the infringing method, for its own internal non-testing business purposes, while testing the Accused Instrumentalities, and while providing technical support and repair services for the Accused Instrumentalities to Apple's customers.

29.     On information and belief, Apple has had knowledge of the '751 Patent since at least the filing of the original Complaint in this action, or shortly thereafter, and on information and belief, Apple knew of the '751 Patent and knew of its infringement, including by way of this lawsuit. By the time of trial, Apple will have known and intended (since receiving such notice) that their continued actions would actively induce and contribute to the infringement of the claims of the '751 Patent

30.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the claims of the '751 Patent.

31.     Apple's affirmative acts of making, using, selling, offering for sale, and/or importing the Accused Instrumentalities have induced and continue to induce users of the Accused Instrumentalities to use the Accused Instrumentalities in their normal and customary way to infringe Claim 10 of the '751 Patent, knowing that when the Accused Instrumentalities are used in their ordinary and customary manner they perform the method of communicating comprising: editing management information of data to be transferred from an apparatus to an external apparatus by selecting certain data to be transferred, the management information stored in a storage medium of the apparatus, without regard to the connection of the apparatus and the external apparatus; detecting,

at the apparatus, whether the apparatus and the external apparatus are connected; comparing, by a controller at the apparatus, the edited management information with management information of data stored in the external apparatus; determining, by the controller, a size of the selected data in the communication apparatus; and transmitting, by the controller, the selected data from the apparatus to the external apparatus based on the management information, a result of the comparison, and a result of the determination when the detection indicates that the apparatus and the external apparatus are connected. For example, Apple explains to customers the benefits of using the Accused Instrumentalities, such as by touting their advantages communicating and sharing data among multiple devices:

Previous    Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

**Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067 2-CH12-SW1. For similar reasons, Apple also induces its customers to use the Accused Instrumentalities to infringe other claims of the '751 Patent. Apple specifically intended and was aware that the normal and customary use of the Accused Instrumentalities would infringe the '751 Patent. Apple performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '751 Patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement. On information and belief, Apple engaged in such inducement to promote the sales of the Accused Instrumentalities, *e.g.,* through Apple's

user manuals, product support, marketing materials, demonstrations, installation support, and training materials to actively induce the users of the accused products to infringe the '751 Patent. Accordingly, Apple as induced and continues to induce end users of the accused products to use the accused products in their ordinary and customary way with compatible systems to make and/or use systems infringing the '751 Patent, knowing that such use of the Accused Instrumentalities with compatible systems will result in infringement of the '751 Patent. Accordingly, Apple has been (since at least as of filing of the original complaint), and currently is, inducing infringement of the '751Patent, in violation of 35 U.S.C. § 271(b).

32.     Apple  also indirectly infringes the '751 Patent by manufacturing, using, selling, offering for sale, and/or importing the accused products, with knowledge that the accused products were and are especially manufactured and/or especially adapted for use in infringing the '751 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.  On information and belief, the Accused Instrumentality is designed to be used to perform the method of communicating comprising: editing management information of data to be transferred from an apparatus to an external apparatus by selecting certain data to be transferred, the management information stored in a storage medium of the apparatus, without regard to the connection of the apparatus and the external apparatus; detecting, at the apparatus, whether the apparatus and the external apparatus are connected; comparing, by a controller at the apparatus, the edited management information with management information of data stored in the external apparatus; determining, by the controller, a size of the selected data in the communication apparatus; and transmitting, by the controller, the selected data from the apparatus to the external apparatus based on the management information, a result of the comparison, and a result of the determination when the detection indicates that the apparatus and the external apparatus are connected. Because the Accused Instrumentality is designed to claimed method for communication, the Accused Instrumentality has no substantial non-infringing uses,

and any other uses would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental.  Apple's manufacture, use, sale, offering for sale, and/or importation of the Accused Instrumentality constitutes contributory infringement of the '751 Patent. Accordingly, Apple has been, and currently is, contributorily infringing the '751 patent, in violation of 35 U.S.C. § 271(c).

33.     The Accused Instrumentalities perform a method of communicating data. For example, the Accused Instrumentalities perform a method comprising "editing management information of data to be transferred from an apparatus to an external apparatus by selecting certain data to be transferred, the management information stored within a storage medium of the apparatus without regard to the connection of the apparatus and the external apparatus."  For example, the Accused Instrumentalities transfer data from an iOS device (e.g. a MacBook, iPad, iPhone), an example of the claimed apparatus to the iCloud Drive, an example of the external apparatus:



Figure 4-1 Pushing document changes to iCloud

1  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu

2  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067

3  2-CH12-SW1.

Previous   Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

> **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

## Storing and Using Documents in iCloud

Documents in iCloud provide the central location from which updates can be delivered to a user's computers and iOS devices. All documents must be created on a local disk initially and moved to a user's iCloud account later. A document targeted for iCloud storage is not moved to iCloud immediately, though. First, it is moved from its current location in the file system to a local system-managed directory where it can be monitored by the iCloud service. After that transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

While in iCloud storage, changes made on one device are stored locally and then pushed to iCloud using a local daemon, as shown in Figure 4–1. To prevent large numbers of conflicting changes from occurring at the same time, apps are expected to use file coordinator objects to perform all changes. File coordinators mediate changes between your app and the daemon that facilitates the transfer of the document to and from iCloud. In this way, the file coordinator acts like a locking mechanism for the document, preventing your app and the daemon from modifying the document simultaneously.

22  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu

23  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067

24  2-CH12-SW1. The iOS devices include code, an example of management information,

25  stored within memory on the device that allows a user to select data to be transferred:



iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by by dragging individual documents from a Mac to the iCloud website (and the cannot be re-downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type - i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged. When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed, the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264. For example, the user's ability to select the applications that will transfer data from the iOS device to the iCloud drive is not

dependent the apparatus (*e.g.* iOS device) being connected to the external device (*e.g.* the iCloud Drive):



34.   The Accused Instrumentalities further perform a method of communicating comprising "detecting, at the apparatus, whether the apparatus and the external apparatus are connected." For example, the iOS device can determine whether or not it is connected to the iCloud Drive:



35.     The   Accused   Instrumentalities   further   perform   a   method   of communicating data comprising "comparing, by a controller at the apparatus, the edited management information with management information of data stored in the external apparatus." For example, the iOS device (*e.g.* iPhone) is configured to compare the data already transmitted to the iCloud Drive with the data present in the iPhone Applications that have been selected and transmit new or changed data for in the iPhone Applications (*e.g.* a new photo that was not previously saved on the iCloud Drive:

iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by by dragging individual documents from a Mac to the iCloud website (and the cannot be re-downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type - i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged. When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed, the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264

36.     The   Accused   Instrumentalities   further   perform   a   method   of communicating data comprising "determining, by the controller, a size of the selected data in the communication apparatus." For example, the iOS device (*e.g.* iPhone) determines the size the data in the applications selected to be transferred to the iCloud:



37.     The   Accused   Instrumentalities   further   perform   a   method   of communicating data comprising "transmitting, by the controller, the selected data from the apparatus to the external apparatus based on the management information, a result of the comparison, and a result of the determination when the detection indicates that the apparatus and the external apparatus are connected. For example, when the iPhone is connected to the iCloud drive over a cellular and/or WiFi network, it will transfer the data stored in the applications selected by the user to the iCloud Drive, to the extent the data has not been transferred and if there is storage available for the data in the iCloud Drive:

iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by by dragging individual documents from a Mac to the iCloud website (and the cannot be re-downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type - i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged. When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed, the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264

38.     Apple also infringes other claims of the '751 Patent, directly and through inducing infringement and contributory infringement.

39.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '751 Patent.

40.     By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' data communication features, Apple has injured Data Scape and is liable to Data Scape for infringement of the '751 Patent pursuant to 35 U.S.C. § 271.

41.     As a result of Apple's infringement of the '751 Patent, Plaintiff Data Scape is entitled to monetary damages in an amount adequate to compensate for Apple's infringement, but in no event less than a reasonable royalty for the use made of the invention by Apple, together with interest and costs as fixed by the Court.

## COUNT III

## INFRINGEMENT OF U.S. PATENT NO. 7,239,469

42.     Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

43.     Data Scape is the owner by assignment of United States Patent No. 7,239,469 ("the '469 Patent") entitled "Recording Apparatus, Server Apparatus, Recording Method Program, and Storage Medium."  The '469 Patent was duly and legally issued by the United States Patent and Trademark Office on July 3, 2007.  A true and correct copy of the '469 Patent is included as Exhibit C.

44.     On information and belief, Apple has offered for sale, sold and/or imported into the United States Apple products and services that infringe the '469 patent, and continues to do so.  By way of illustrative example, these infringing products and services include, without limitation, Apple's products and services, *e.g.*, Apple iCloud, and the Apple devices on which they operate (*e.g.* iPhone, MacBook, iPad), and all versions and variations thereof since the issuance of the '469 Patent ("Accused Instrumentalities").

45.   On information and belief, Apple has directly infringed and continues to infringe the '469 Patent, for example, by making, selling, offering for sale, and/or importing the Accused Instrumentalities, and through its own use and testing of the Accused Instrumentalities, which constitute the data recording apparatus claimed by Claim 1 of the '929 Patent comprising: receiver configured to receive data from an external server having a first recording medium that stores data and having first management data for managing the data, data recorder configured to record the data received by the receiver on a second recording medium, management data producer configured to produce second management data for managing data recorded on the second recording medium based on the first management data, data reader configured to read data from a third recording medium that stores data and third management data for managing the data, and controller configured to control the data recorder to record data read from the third recording medium when the third management data is not found within the second management data recorded on the second recording medium. Upon information and belief, Apple uses the Accused Instrumentalities, which are infringing systems, for its own internal non-testing business purposes, while testing the Accused Instrumentalities, and while providing technical support and repair services for the Accused Instrumentalities to Apple's customers.

46.   On information and belief, Apple has had knowledge of the '469 Patent since at least the filing of the original Complaint in this action, or shortly thereafter, and on information and belief, Apple knew of the '469 Patent and knew of its infringement, including by way of this lawsuit. By the time of trial, Apple will have known and intended (since receiving such notice) that their continued actions would actively induce and contribute to the infringement of the claims of the '469 Patent.

47.   On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the claims of the '469 Patent.

48.   Apple's affirmative acts of making, using, selling, offering for sale, and/or importing the Accused Instrumentalities have induced and continue to induce users of

the Accused Instrumentalities to use the Accused Instrumentalities in their normal and customary way to infringe Claim 1 of the '469 Patent, knowing that when the Accused Instrumentalities are used in their ordinary and customary manner such systems constitute an infringing data recording apparatus claimed by Claim 1 of the '469 Patent comprising each of the following: receiver configured to receive data from an external server having a first recording medium that stores data and having first management data for managing the data, data recorder configured to record the data received by the receiver on a second recording medium, management data producer configured to produce second management data for managing data recorded on the second recording medium based on the first management data, data reader configured to read data from a third recording medium that stores data and third management data for managing the data, and controller configured to control the data recorder to record data read from the third recording medium when the third management data is not found within the second management data recorded on the second recording medium.     For example, Apple explains to customers the benefits of using the Accused Instrumentalities, such as by touting their advantages communicating and sharing data among multiple devices:

Previous   Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

**Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP40010672-CH12-SW1. For similar reasons, Apple also induces its customers to use the Accused Instrumentalities to infringe other claims of the '469 Patent.  Apple specifically intended

and was aware that the normal and customary use of the Accused Instrumentalities would infringe the '469 Patent.  Apple performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '469 Patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement.  On information and belief, Apple engaged in such inducement to promote the sales of the Accused Instrumentalities, *e.g.,* through Apple's user manuals, product support, marketing materials, demonstrations, installation support, and training materials to actively induce the users of the accused products to infringe the '469 Patent.  Accordingly, Apple as induced and continues to induce end users of the accused products to use the accused products in their ordinary and customary way with compatible systems to make and/or use systems infringing the '469 Patent, knowing that such use of the Accused Instrumentalities with compatible systems will result in infringement of the '469 Patent. Accordingly, Apple has been (since at least as of filing of the original complaint), and currently is, inducing infringement of the '469 Patent, in violation of 35 U.S.C. § 271(b).

49.     Apple  also indirectly infringes the '469 Patent by manufacturing, using, selling, offering for sale, and/or importing the accused products, with knowledge that the accused products were and are especially manufactured and/or especially adapted for use in infringing the '469 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.  On information and belief, the Accused Instrumentality is designed to be used as a  recording apparatus comprising each of the following: receiver configured to receive data from an external server having a first recording medium that stores data and having first management data for managing the data, data recorder configured to record the data received by the receiver on a second recording medium, management data producer configured to produce second management data for managing data recorded on the second recording medium based on the first management data, data reader configured to read data from a third recording medium that stores data and third management data for managing the data,

and controller configured to control the data recorder to record data read from the third recording medium when the third management data is not found within the second management data recorded on the second recording medium. Because the Accused Instrumentality is designed to operate as the claimed recording apparatus, the Accused Instrumentality has no substantial non-infringing uses, and any other uses would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental. Apple's manufacture, use, sale, offering for sale, and/or importation of the Accused Instrumentality constitutes contributory infringement of the '469 Patent. Accordingly, Apple has been, and currently is, contributorily infringing the '469 patent, in violation of 35 U.S.C. § 271(c).

50.     The Accused Instrumentalities include a "data recording apparatus." For example, the Accused Instrumentalities communicate and transfer a document stored on one Apple device (e.g. a MacBook), to another Apple device (e.g. an iPhone), over the iCloud drive—each of which include memory for storage of data:



**Figure 4–1** Pushing document changes to iCloud

1  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu
2  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067
3  2-CH12-SW1.

4  Previous   Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

> **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

## Storing and Using Documents in iCloud

Documents in iCloud provide the central location from which updates can be delivered to a user's computers and iOS devices. All documents must be created on a local disk initially and moved to a user's iCloud account later. A document targeted for iCloud storage is not moved to iCloud immediately, though. First, it is moved from its current location in the file system to a local system-managed directory where it can be monitored by the iCloud service. After that transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

While in iCloud storage, changes made on one device are stored locally and then pushed to iCloud using a local daemon, as shown in Figure 4–1. To prevent large numbers of conflicting changes from occurring at the same time, apps are expected to use file coordinator objects to perform all changes. File coordinators mediate changes between your app and the daemon that facilitates the transfer of the document to and from iCloud. In this way, the file coordinator acts like a locking mechanism for the document, preventing your app and the daemon from modifying the document simultaneously.

22  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu
23  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067
24  2-CH12-SW1.

25      51.    The Accused Instrumentalities include a "receiver configured to receive
26  data from an external server having a first recording medium that stores data and first
27  management data for managing the data." For example, the iPhone includes a receiver
28  that receives information transmitted from, for example, the iCloud drive, which is an

example of an external server. For example, the iPhone includes gigabytes of storage, on which data received by the iCloud Drive can be written.



**Figure 4-1** Pushing document changes to iCloud



1  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu

2  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067

3  2-CH12-SW1.

4  Previous   Next

# iCloud File Management

5

6  Use the iCloud Storage APIs to write user documents and data to a central location and access
those items from all of a user's computers and iOS devices. Making a user's documents

7  ubiquitous using iCloud means that a user can view or edit those documents from any device
without having to sync or transfer files explicitly. Storing documents in a user's iCloud

8  account also provides a layer of security for that user. Even if a user loses a device, the
documents on that device are not lost if they are in iCloud storage.

9

10  **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing
code uses garbage collection, update your code to use ARC instead.

11

12

13  ## Storing and Using Documents in iCloud

14

15  Documents in iCloud provide the central location from which updates can be delivered to a
user's computers and iOS devices. All documents must be created on a local disk initially and

16  moved to a user's iCloud account later. A document targeted for iCloud storage is not moved
to iCloud immediately, though. First, it is moved from its current location in the file system to
a local system-managed directory where it can be monitored by the iCloud service. After that

17  transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

18  While in iCloud storage, changes made on one device are stored locally and then pushed to
iCloud using a local daemon, as shown in Figure 4-1. To prevent large numbers of conflicting

19  changes from occurring at the same time, apps are expected to use file coordinator objects
to perform all changes. File coordinators mediate changes between your app and the daemon

20  that facilitates the transfer of the document to and from iCloud. In this way, the file
coordinator acts like a locking mechanism for the document, preventing your app and the
daemon from modifying the document simultaneously.

21

22  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu

23  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067

24  2-CH12-SW1.

25        52. The Accused Instrumentalities include a "data recorder configured to

26  record the data received by the receiver on a second recording medium." For example,

27  the iCloud drive will record data received by the iPhone into memory contained therein.

28



Figure 4–1 Pushing document changes to iCloud

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP40010672-CH12-SW1

53.    The Accused Instrumentalities further includes a "management data producer configured to produce second management data for managing data recorded on the second recording medium based on the first management data." For example, the iCloud drive is designed to sync the data written on to the iPhone so that it stored and managed in the same manner as the data is stored on the MacBook (e.g. within the same kind of applications):

iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by by dragging individual documents from a Mac to the iCloud website (and the cannot be re-downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type - i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged. When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed, the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264

Previous   Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

> **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

## Storing and Using Documents in iCloud

Documents in iCloud provide the central location from which updates can be delivered to a user's computers and iOS devices. All documents must be created on a local disk initially and moved to a user's iCloud account later. A document targeted for iCloud storage is not moved to iCloud immediately, though. First, it is moved from its current location in the file system to a local system-managed directory where it can be monitored by the iCloud service. After that transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

While in iCloud storage, changes made on one device are stored locally and then pushed to iCloud using a local daemon, as shown in Figure 4-1. To prevent large numbers of conflicting changes from occurring at the same time, apps are expected to use file coordinator objects to perform all changes. File coordinators mediate changes between your app and the daemon that facilitates the transfer of the document to and from iCloud. In this way, the file coordinator acts like a locking mechanism for the document, preventing your app and the daemon from modifying the document simultaneously.

**Figure 4-1**  Pushing document changes to iCloud



37

1  https://developer.apple.com/library/archive/documentation/FileManagement/Conceptu

2  al/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP4001067

3  2-CH12-SW1.

4      54.    The Accused Instrumentalities further include  a "data reader configured

5  to read data from a third recording medium that stores data and third management data

6  for managing the data." For example, the Accused Instrumentalities will read data

7  stored in memory on a MacBook and will manage the data on the MacBook so that it is

8  synced with data on the iCloud Drive and iPhone.

iCloud will:

- Sync Calendars
- SyncSafari Bookmarks (though not display them on the iCloud website)
- Sync Contacts
- Sync photos added to or taken on one device onto other devices
- Access @me.com email
- Sync iWork documents only between your Mac and iOS5 devices - automatically from iOS devices by by dragging individual documents from a Mac to the iCloud website (and the cannot be re-downloaded until they have been edited on an iOS device)

Each of these can be turned on or off on each device; you cannot selectively sync within one data type - i.e. it's all or no Contacts, not a selection, and so on.

https://discussions.apple.com/thread/3743670?tstart=0

## Here's how it works

iCloud Photos automatically keeps every photo and video you take in iCloud, so you can access your library from any device, anytime you want. Any changes you make to your collection on one device, change on your other devices too. Your photos and videos stay organized into Moments, Collections, and Years. And all of your Memories and People are updated everywhere. That way you can quickly find the moment, family member, or friend you're looking for.

Your collection uploads to iCloud each time your device connects to Wi-Fi and your battery is charged. When you have iOS 11 or later, your library updates over cellular too. Depending on your Internet speed, the time it takes for you to see your photos and videos on all of your devices and iCloud.com might vary.

https://support.apple.com/en-sg/HT204264

Previous   Next

# iCloud File Management

Use the iCloud Storage APIs to write user documents and data to a central location and access those items from all of a user's computers and iOS devices. Making a user's documents ubiquitous using iCloud means that a user can view or edit those documents from any device without having to sync or transfer files explicitly. Storing documents in a user's iCloud account also provides a layer of security for that user. Even if a user loses a device, the documents on that device are not lost if they are in iCloud storage.

> **Important:** The iCloud APIs do not work with garbage collection in macOS. If your existing code uses garbage collection, update your code to use ARC instead.

## Storing and Using Documents in iCloud

Documents in iCloud provide the central location from which updates can be delivered to a user's computers and iOS devices. All documents must be created on a local disk initially and moved to a user's iCloud account later. A document targeted for iCloud storage is not moved to iCloud immediately, though. First, it is moved from its current location in the file system to a local system-managed directory where it can be monitored by the iCloud service. After that transfer, the file is transferred to iCloud and to the user's other devices as soon as possible.

While in iCloud storage, changes made on one device are stored locally and then pushed to iCloud using a local daemon, as shown in Figure 4-1. To prevent large numbers of conflicting changes from occurring at the same time, apps are expected to use file coordinator objects to perform all changes. File coordinators mediate changes between your app and the daemon that facilitates the transfer of the document to and from iCloud. In this way, the file coordinator acts like a locking mechanism for the document, preventing your app and the daemon from modifying the document simultaneously.

**Figure 4-1**  Pushing document changes to iCloud



39

https://developer.apple.com/library/archive/documentation/FileManagement/Conceptual/FileSystemProgrammingGuide/iCloud/iCloud.html#//apple_ref/doc/uid/TP40010672-CH12-SW1.

55.    Apple also infringes other claims of the '469 Patent, directly and through inducing infringement and contributory infringement.

56.    On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '469 Patent.

57.    By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' data communication features, Apple has injured Data Scape and is liable to Data Scape for infringement of the '469 Patent pursuant to 35 U.S.C. § 271.

58.    As a result of Apple's infringement of the '469 Patent, Plaintiff Data Scape is entitled to monetary damages in an amount adequate to compensate for Apple's infringement, but in no event less than a reasonable royalty for the use made of the invention by Apple, together with interest and costs as fixed by the Court.

## COUNT IV

## INFRINGEMENT OF U.S. PATENT NO. 7,617,537

59.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

60.    Data Scape is the owner by assignment of United States Patent No. 7,617,537 ("the '537 Patent") entitled "Communication System And Its Method and Communication Apparatus And Its Method." The '537 Patent was duly and legally issued by the United States Patent and Trademark Office on May 18, 2010. A true and correct copy of the ' 537 Patent is included as Exhibit D.

61.    On information and belief, Apple has offered for sale, sold and/or imported into the United States Apple products and services that infringe the '537

patent, and continues to do so.  By way of illustrative example, these infringing products and services include, without limitation, Apple's products and services, *e.g.*, Apple iCloud, Apple iTunes and the Apple devices on which they operate (*e.g.* iPhone, MacBook, iPad), and all versions and variations thereof since the issuance of the '537 Patent ("Accused Instrumentalities").

62.     On information and belief, Apple has directly infringed and continues to infringe the '537 Patent, for example, by making, selling, offering for sale, and/or importing the Accused Instrumentalities, and through its own use and testing of the Accused Instrumentalities, which perform the communication method to transfer content data to a first apparatus from a second apparatus claimed by Claim 1 of the '537 Patent comprising: judging whether said first apparatus and said second apparatus are connected, comparing, upon judging that said first apparatus and said second apparatus are connected, an identifier of said first apparatus with an identifier stored in said second apparatus, comparing, when said identifier of said first apparatus corresponds to said identified stored in said second apparatus, a first list of content data of said second apparatus; transferring, from the second apparatus to the first apparatus, first content data, which is registered in said second list and is not registered in said first list; and deleting, from the first apparatus, second content data which is registered in said first list and is not registered in said second list.  Upon information and belief, Apple uses the Accused Instrumentalities, which perform the infringing method, for its own internal non-testing business purposes, while testing the Accused Instrumentalities, and while providing technical support and repair services for the Accused Instrumentalities to Apple's customers.

63.     On information and belief, Apple has had knowledge of the '537 Patent since at least the filing of the original Complaint in this action, or shortly thereafter, and on information and belief, Apple knew of the '537 Patent and knew of its infringement, including by way of this lawsuit. By the time of trial, Apple will have known and

intended (since receiving such notice) that their continued actions would actively induce and contribute to the infringement of the claims of the '537 Patent.

64.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the claims of the '537 Patent.

65.     Apple's affirmative acts of making, using, selling, offering for sale, and/or importing the Accused Instrumentalities have induced and continue to induce users of the Accused Instrumentalities to use the Accused Instrumentalities in their normal and customary way to perform methods that infringe Claim 1 of the '537 Patent, knowing that when the Accused Instrumentalities are used in their ordinary and customary manner such systems performing infringing communication methods to transfer content data to a first apparatus from a second apparatus, comprising: judging whether said first apparatus and said second apparatus are connected, comparing, upon judging that said first apparatus and said second apparatus are connected, an identifier of said first apparatus with an identifier stored in said second apparatus, comparing, when said identifier of said first apparatus corresponds to said identified stored in said second apparatus, a first list of content data of said second apparatus; transferring, from the second apparatus to the first apparatus, first content data, which is registered in said second list and is not registered in said first list; and deleting, from the first apparatus, second content data which is registered in said first list and is not registered in said second list.     For example, Apple explains to customers the benefits of using the Accused Instrumentalities, such as by touting their advantages of communicating and sharing data among multiple devices:

# Sync your iPhone, iPad, or iPod using iTunes on your computer

Learn how to sync music, movies, and more using iTunes on your Mac or PC.

Before you use iTunes to sync content to your iOS device, consider using iCloud, Apple Music, or similar services to keep content from your Mac or PC in the cloud. This way, you can access your music, photos, and more on your iOS devices when you aren't near your computer. Learn more about using Apple Music or iCloud Photos instead of iTunes.

> If you use iCloud or other services like Apple Music to keep your content up to date across all of your devices, syncing through iTunes might be turned off.

## What you can sync with iTunes

- Albums, songs, playlists, movies, TV shows, podcasts, books, and audiobooks.
- Photos and videos.
- Contacts and calendars.
- Device backups that you made using iTunes.

iTunes features might vary by country or region.

https://support.apple.com/en-us/HT201253. For similar reasons, Apple also induces its customers to use the Accused Instrumentalities to infringe other claims of the '537 Patent. Apple specifically intended and was aware that the normal and customary use of the Accused Instrumentalities would infringe the ' 537 Patent. Apple performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '537 Patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement. On information and belief, Apple engaged in such inducement to promote the sales of the Accused Instrumentalities, *e.g.,* through Apple's user manuals, product support, marketing materials, demonstrations, installation support, and training materials to actively induce the users of the accused products to infringe the '537 Patent. Accordingly, Apple as induced and continues to induce end users of the accused products to use the accused products in their ordinary and customary way with compatible systems to make and/or

use systems infringing the '537 Patent, knowing that such use of the Accused Instrumentalities with compatible systems will result in infringement of the '537 Patent. Accordingly, Apple has been (since at least as of filing of the original complaint), and currently is, inducing infringement of the '537 Patent, in violation of 35 U.S.C. § 271(b).

66.    Apple also indirectly infringes the '537 Patent by manufacturing, using, selling, offering for sale, and/or importing the accused products, with knowledge that the accused products were and are especially manufactured and/or especially adapted for use in infringing the '537 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.  On information and belief, the Accused Instrumentality is designed to perform infringing communication methods to transfer content data to a first apparatus from a second apparatus, comprising: judging whether said first apparatus and said second apparatus are connected, comparing, upon judging that said first apparatus and said second apparatus are connected, an identifier of said first apparatus with an identifier stored in said second apparatus, comparing, when said identifier of said first apparatus corresponds to said identified stored in said second apparatus, a first list of content data of said second apparatus; transferring, from the second apparatus to the first apparatus, first content data, which is registered in said second list and is not registered in said first list; and deleting, from the first apparatus, second content data which is registered in said first list and is not registered in said second list. Because the Accused Instrumentality is designed to perform the claimed method for communication, the Accused Instrumentality has no substantial non-infringing uses, and any other uses would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental.  Apple's manufacture, use, sale, offering for sale, and/or importation of the Accused Instrumentality constitutes contributory infringement of the '537 Patent. Accordingly, Amazon has been, and currently is, contributorily infringing the '537 patent, in violation of 35 U.S.C. § 271(c).

67.     The Accused Instrumentalities perform a communication method to transfer content data from a first apparatus to a second apparatus. For example, an iPhone, iPad or iPod touch (e.g. a first apparatus) can be connected to a MacBook via, e.g., a USB cable, to transfer files, e.g. music files, stored in the MacBook to the iPhone, iPad or iPod touch (e.g. a second apparatus).



https://support.apple.com/en-us/HT201253.

68.     The Accused Instrumentalities perform a communication method to transfer content data from a first apparatus to a second apparatus further comprising judging whether said first apparatus and said second apparatus are connected. For example, iTunes can only transfer music files between the MacBook and the iPhone, iPad, or iPod touch if it determines that the devices are connected.

## Sync or remove content using iTunes

1. Open iTunes and connect your device to your computer with a USB cable.
2. Click the device icon in the upper-left corner of the iTunes window. Learn what to do if you don't see the icon.



3. From the list under Settings on the left side of the iTunes window, click the type of content that you want to sync or remove.[1] To turn syncing on for a content type, select the checkbox next to Sync.



4. Select the checkbox next to each item that you want to sync.
5. Click the Apply button in the lower-right corner of the screen. If syncing doesn't start automatically, click the Sync button.

https://support.apple.com/en-us/HT201253.

     69.     The Accused Instrumentalities perform a communication method to transfer content data from a first apparatus to a second apparatus further comprising comparing, upon judging that said first apparatus and said second apparatus are connected, an identifier of said first apparatus with an identifier stored in said second apparatus. For example, when a iOS device (*e.g.* iPhone, iPad, iPod Touch) is

1    connected to the MacBook, the MacBook will display an identifier associated with the

2    device.



19   https://support.apple.com/en-us/HT203060. For example, iTunes permits several

20   playlists of music to be created which are unique to the iOS device, and, accordingly,

21   the identifier is unique to the device:

Jim VanLeeuwen          Level 6 (18,874 points)          iPhone

Sep 4, 2012 1:12 PM in response to Keiloon

I use Method 2 as described in **How to use multiple iPods, iPads, or iPhones with one computer:**
http://support.apple.com/kb/HT1495

I create several playlists and select which playlists I want on each device. Several playlists end up on all devices while others are only selected for one device. I keep one playlist strictly for "New Stuff" and I drag songs into or out of this playlist as my mood changes.

I don't ever check or uncheck items except holiday songs when the season passes.

Reply          Helpful

https://discussions.apple.com/thread/4267230.

70.     The Accused Instrumentalities perform a communication method to transfer content data from a first apparatus to a second apparatus further comprising comparing, when said identifier of said first apparatus corresponds to said identifier stored in second apparatus, a first list of content data of said first apparatus and a second list of content data of said second apparatus. For example, when the iOS device is connected to the MacBook, iTunes will compare playlists of music created

for that device to playlists stored on the MacBook to determine if the two are identical.



https://discussions.apple.com/thread/4267230.

https://discussions.apple.com/thread/5452203?tstart=0

71. The Accused Instrumentalities perform a communication method to transfer content data from a first apparatus to a second apparatus further comprising transferring, from the second apparatus to the first apparatus, first content data, which is registered in said second list and is not registered in said first list. For example,

1   iTunes will transfer only songs found in the playlist of the MacBook that are not

2   found in the playlist of the iOS device.

3   

jeremy_v    Community Specialists

4   Oct 19, 2013 11:42 AM in response to louiepatterson

Hi louiepatterson,

5   Thanks for visiting Apple Support Communities.

6   If your entire iTunes library is syncing every time you connect your iPhone, you may want to try setting up syncing in iTunes again by
following the steps in the appropriate article below. If you're syncing music, try un-checking and then re-checking the "Sync music"
checkbox in iTunes.

7   **iTunes 11 for Mac: Set up syncing for iPod, iPhone, or iPad**
http://support.apple.com/kb/PH12113

8   **iTunes 11 for Windows: Set up syncing for iPod, iPhone, or iPad**
http://support.apple.com/kb/PH12313

9   Your entire library will sync again once more after this, but then only new songs should sync thereafter. If the issue persists,
I'd try the troubleshooting steps in our iPhone assistant next:

10

11   **Frozen or unresponsive iPhone**
http://www.apple.com/support/iphone/assistant/phone/

12

13   https://discussions.apple.com/thread/5452203?tstart=0.

14       72.     The Accused Instrumentalities perform a communication method to

15   transfer content data from a first apparatus to a second apparatus further comprising

16   deleting, from the first apparatus, second content data, which registered in said first

17   list and is not registered in the second list. For example, if an item is deleted from the

18

19

20

21

22

23

24

25

26

27

28

iTunes library on the MacBook, that item is deleted from the iTunes library of the associated device the next time they sync.

## Sync or remove content using iTunes

1. Open iTunes and connect your device to your computer with a USB cable.
2. Click the device icon in the upper-left corner of the iTunes window. Learn what to do if you don't see the icon.



3. From the list under Settings on the left side of the iTunes window, click the type of content that you want to sync or remove.[1] To turn syncing on for a content type, select the checkbox next to Sync.



4. Select the checkbox next to each item that you want to sync.
5. Click the Apply button in the lower-right corner of the screen. If syncing doesn't start automatically, click the Sync button.

https://support.apple.com/en-us/HT201253.

5. By default, iTunes syncs your device whenever you connect it to your computer. If you want to have iTunes ask you before syncing, do one of the following:

- Require a prompt before syncing this device: Click Summary, then deselect "Open iTunes when this [device] is connected."

- Require a prompt before syncing all devices: Choose Edit > Preferences, click Devices, and select "Prevent iPods, iPhones, and iPads from syncing automatically."

6. When you're ready to sync, click Apply.

Tip: To automatically sync a connected device at any time, choose File > Devices > Sync [device name].

WARNING: If you delete an automatically synced item from your iTunes library, the deleted item is removed from your device the next time you sync.

73. Apple also infringes other claims of the '537 Patent, directly and through inducing infringement and contributory infringement.

74. On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '537 Patent.

75. By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' data communication features, Apple has injured Data Scape and is liable to Data Scape for infringement of the '537 Patent pursuant to 35 U.S.C. § 271.

76. As a result of Apple's infringement of the '469 Patent, Plaintiff Data Scape is entitled to monetary damages in an amount adequate to compensate for Apple's infringement, but in no event less than a reasonable royalty for the use.

## COUNT V

## INFRINGEMENT OF U.S. PATENT NO. 9,380,112

77. Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

78. Data Scape is the owner by assignment of United States Patent No. 9,380,112 ("the '112 Patent") entitled "Communication System And Its Method and

1   Communication Apparatus And Its Method."  The '112 Patent was duly and legally

2   issued by the United States Patent and Trademark Office on June 28, 2016.  A true and

3   correct copy of the '112 Patent is included as Exhibit E.

4          79.    On information and belief, Apple has offered for sale, sold and/or

5   imported into the United States Apple products and services that infringe the '112

6   patent, and continues to do so.  By way of illustrative example, these infringing products

7   and services include, without limitation, Apple's products and services, *e.g.*, Apple

8   iTunes and the Apple devices on which they operate (*e.g.* iPhone, MacBook, iPad), and

9   all versions and variations thereof since the issuance of the '112 Patent ("Accused

10  Instrumentalities").

11         80.    On information and belief, Apple has directly infringed and continues to

12  infringe the '112 Patent, for example, by making, selling, offering for sale, and/or

13  importing the Accused Instrumentalities, and through its own use and testing of the

14  Accused Instrumentalities, which include a communication apparatus configured to

15  transfer data to a portable apparatus claimed by Claim 1 of the '112 Patent comprising:

16  a memory configured to store a first list of musical content data; the data interface

17  configured to detect a connection between the communication apparatus and the

18  portable apparatus and circuitry configured to edit the first list of musical content data

19  based on input from a user without regard to the connection of the communication

20  apparatus and the portable apparatus, control transfer of selected musical content data

21  stored in the communication apparatus to the portable apparatus via the data interface

22  based on a result of the comparison after the connection of the communication apparatus

23  and the portable apparatus is detected, and control playback of musical content data

24  based on the edit first list of musical content data so that the musical content data

25  referenced in the edited first list of musical content data is played back as a collection,

26  the edited first list of musical content data being associated with an identifier stored in

27  the communication apparatus that uniquely identifies the portable apparatus.  Upon

28  information and belief, Apple uses the Accused Instrumentalities, which consist of the

1  accused apparatus, for its own internal non-testing business purposes, while testing the

2  Accused Instrumentalities, and while providing technical support and repair services

3  for the Accused Instrumentalities to Apple's customers.

4      81.    On information and belief, Apple has had knowledge of the '112 Patent

5  since at least the filing of the original Complaint in this action, or shortly thereafter, and

6  on information and belief, Apple knew of the '112 Patent and knew of its infringement,

7  including by way of this lawsuit. By the time of trial, Apple will have known and

8  intended (since receiving such notice) that their continued actions would actively induce

9  and contribute to the infringement of the claims of the '112 Patent.

10     82.    On information and belief, use of the Accused Instrumentalities in their

11  ordinary and customary fashion results in infringement of the claims of the '112 Patent

12     83.    Apple's affirmative acts of making, using, selling, offering for sale, and/or

13  importing the Accused Instrumentalities have induced and continue to induce users of

14  the Accused Instrumentalities to use the Accused Instrumentalities in their normal and

15  customary way that infringe Claim 1 of the '112 Patent, knowing that when the Accused

16  Instrumentalities are used in their ordinary and customary manner such systems include

17  a communication apparatus configured to transfer data to a portable apparatus claimed

18  by Claim 1 of the  '112 Patent comprising: a memory configured to store a first list of

19  musical content data; the data interface configured to detect a connection between the

20  communication apparatus and the portable apparatus and circuitry configured to edit

21  the first list of musical content data based on input from a user without regard to the

22  connection of the communication apparatus and the portable apparatus, control transfer

23  of selected musical content data stored in the communication apparatus to the portable

24  apparatus via the data interface based on a result of the comparison after the connection

25  of the communication apparatus and the portable apparatus is detected, and control

26  playback of musical content data based on the edit first list of musical content data so

27  that the musical content data referenced in the edited first list of musical content data is

28  played back as a collection, the edited first list of musical content data being associated

with an identifier stored in the communication apparatus that uniquely identifies the portable apparatus. For example, Apple explains to customers the benefits of using the Accused Instrumentalities, such as by touting their advantages of communicating and sharing data among multiple devices:

## Sync your iPhone, iPad, or iPod using iTunes on your computer

Learn how to sync music, movies, and more using iTunes on your Mac or PC.

Before you use iTunes to sync content to your iOS device, consider using iCloud, Apple Music, or similar services to keep content from your Mac or PC in the cloud. This way, you can access your music, photos, and more on your iOS devices when you aren't near your computer. Learn more about using Apple Music or iCloud Photos instead of iTunes.

If you use iCloud or other services like Apple Music to keep your content up to date across all of your devices, syncing through iTunes might be turned off.

## What you can sync with iTunes

- Albums, songs, playlists, movies, TV shows, podcasts, books, and audiobooks.
- Photos and videos.
- Contacts and calendars.
- Device backups that you made using iTunes.

iTunes features might vary by country or region.

https://support.apple.com/en-us/HT201253. For similar reasons, Apple also induces its customers to use the Accused Instrumentalities to infringe other claims of the '112 Patent. Apple specifically intended and was aware that the normal and customary use of the Accused Instrumentalities would infringe the '112 Patent. Apple performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '112 Patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement. On information and belief, Apple engaged in such inducement to promote the sales of the Accused Instrumentalities, *e.g.*, through Apple's user manuals, product support, marketing

1   materials, demonstrations, installation support, and training materials to actively induce
2   the users of the accused products to infringe the '112 Patent.  Accordingly, Apple as
3   induced and continues to induce end users of the accused products to use the accused
4   products in their ordinary and customary way with compatible systems to make and/or
5   use systems infringing the '112 Patent, knowing that such use of the Accused
6   Instrumentalities with compatible systems will result in infringement of the '112 Patent.
7   Accordingly, Apple has been (since at least as of filing of the original complaint), and
8   currently is, inducing infringement of the '112 Patent, in violation of 35 U.S.C. §
9   271(b).

10      84.     Apple  also indirectly infringes the '112 Patent by manufacturing, using,
11  selling, offering for sale, and/or importing the accused products, with knowledge that
12  the accused products were and are especially manufactured and/or especially adapted
13  for use in infringing the '112 Patent and are not a staple article or commodity of
14  commerce suitable for substantial non-infringing use.  On information and belief, the
15  Accused Instrumentality is designed to include a communication apparatus configured
16  to transfer data to a portable apparatus claimed by Claim 1 of the  '112 Patent
17  comprising: a memory configured to store a first list of musical content data; the data
18  interface configured to detect a connection between the communication apparatus and
19  the portable apparatus and circuitry configured to edit the first list of musical content
20  data based on input from a user without regard to the connection of the communication
21  apparatus and the portable apparatus, control transfer of selected musical content data
22  stored in the communication apparatus to the portable apparatus via the data interface
23  based on a result of the comparison after the connection of the communication apparatus
24  and the portable apparatus is detected, and control playback of musical content data
25  based on the edit first list of musical content data so that the musical content data
26  referenced in the edited first list of musical content data is played back as a collection,
27  the edited first list of musical content data being associated with an identifier stored in
28  the communication apparatus that uniquely identifies the portable apparatus. Because

1   the Accused Instrumentality is designed to include the claims apparatus for
2   communication, the Accused Instrumentality has no substantial non-infringing uses,
3   and any other uses would be unusual, far-fetched, illusory, impractical, occasional,
4   aberrant, or experimental.  Apple's manufacture, use, sale, offering for sale, and/or
5   importation of the Accused Instrumentality constitutes contributory infringement of the
6   '112 Patent. Accordingly, Apple has been, and currently is, contributorily infringing the
7   '112 patent, in violation of 35 U.S.C. § 271(c).

8       85.    The Accused Instrumentalities includes "[a] communication apparatus
9   configured to transfer data to a portable apparatus." For example, an iPhone, iPad or
10  iPod touch (e.g. a portable apparatus) can be connected to a MacBook via, e.g., a USB
11  cable, to transfer files, e.g. music files, stored in the MacBook (e.g. a communication
12  apparatus) to the iPhone, iPad or iPod touch.

13  ## Sync or remove content using iTunes

14  1. Open iTunes and connect your device to your computer with a USB cable.
15  2. Click the device icon in the upper-left corner of the iTunes window. Learn what to do if you don't see
       the icon.

16  

19  https://support.apple.com/en-us/HT201253.

20      86.    The Accused Instrumentalities include a communication apparatus
21  comprising "a memory configured to store a first list of musical content data." For
22  example, the MacBook using iTunes contains memory that will store musical files as
23  individual files, or as playlists:

24
25
26
27
28



87.    The Accused Instrumentalities include a communication apparatus comprising "a data interface configured to detect a connection between the communication apparatus and the portable apparatus." For example, when an iOS

device (*e.g.* iPhone, iPad, iPod Touch) is connected to the MacBook, the MacBook will display an identifier associated with the device.



https://support.apple.com/en-us/HT203060. For example, when the devices are connected, iTunes will display a graphic user interface, allowing access to the data contained on the portable device:

1
2
3
4
5
6
7
8
9
10


https://discussions.apple.com/thread/4267230.

11
12
13
14
15
16
17
18
19
20
21
22
23


24   88.   The Accused Instrumentalities further include circuitry configured to

25   "edit the first list of musical content without regard to the connection of the

26   communication apparatus and the portable apparatus." For example, iTunes allows a

27
28

user to edit Playlists without regard to whether or not the portable device (*e.g.* iPhone, iPod, iPad) is connected:



https://discussions.apple.com/thread/7720242.

89.     The Accused Instrumentalities further include circuitry configured to "control transfer of selected musical content data stored in the communication apparatus to the portable apparatus via the data interface based on a result of the comparison after the connection of the communication apparatus and the portable apparatus in connected." For example, when the portable device (*e.g.* iPhone, iPod, IPad) is connected to the MacBook, iTunes will compare playlists of music created for that device to playlists stored on the MacBook to determine if the two are identical.

For example, iTunes will transfer only songs found in the playlist of the MacBook that are not found in the playlist of the portable device.

https://discussions.apple.com/thread/4267230.

jeremy_v    Community Specialists

Oct 19, 2013 11:42 AM in response to louiepatterson

Hi louiepatterson,

Thanks for visiting Apple Support Communities.

If your entire iTunes library is syncing every time you connect your iPhone, you may want to try setting up syncing in iTunes again by following the steps in the appropriate article below. If you're syncing music, try un-checking and then re-checking the "Sync music" checkbox in iTunes.

**iTunes 11 for Mac: Set up syncing for iPod, iPhone, or iPad**
http://support.apple.com/kb/PH12113

**iTunes 11 for Windows: Set up syncing for iPod, iPhone, or iPad**
http://support.apple.com/kb/PH12313

Your entire library will sync again once more after this, but then only new songs should sync thereafter. If the issue persists, I'd try the troubleshooting steps in our iPhone assistant next:

**Frozen or unresponsive iPhone**
http://www.apple.com/support/iphone/assistant/phone/

https://discussions.apple.com/thread/5452203?tstart=0

90.     The Accused Instrumentalities further includes circuitry configured to "control playback of musical content data based on a the edited first list of musical content data so that the musical content data referenced in the edited first list of musical content data is played back as a collection, the edited first list of musical content data being associated with an identifier stored in the communication apparatus that uniquely identifies the portable apparatus."  For example, when a portable device

(*e.g.* iPhone, iPad, iPod Touch) is connected to the MacBook, the MacBook will display an identifier associated with the device.



https://support.apple.com/en-us/HT203060. For example, iTunes permits several playlists of music to be created which are unique to the iOS device, and, accordingly, the identifier is unique to the device:

https://discussions.apple.com/thread/4267230. The edited playlists transferred to the portable device can be played back as a collection on the portable device:



**Open Now Playing on your iPhone, iPad, iPod touch, or Android phone**

When playing music on your iOS device or Android phone, a player appears at the bottom or lower-right corner of the screen. Tap the player to open Now Playing. From the Now Playing screen, you can control playback or volume, turn on shuffle or repeat, download the song, and more.

**Shuffle songs**

Open the Now Playing screen and scroll down.

Tap  ⏵ Shuffle  to set Music to always shuffle a list of songs selected. Any album, playlist, or set of songs will play in a random order.

If shuffle is on, you'll see  ⏵ Shuffle  . To turn it off, tap the button until you see  ⏵ Shuffle  .

**Repeat songs**

Open the Now Playing screen and scroll down.

Tap  ⏵ Repeat  once to turn on repeat for an entire playlist or album. Tap  ⏵ Repeat  again to turn on repeat for one song. Tap  ⏵ Repeat  a third time to clear the repeat.

If repeat is on, you'll see  ⏵ Repeat  or  ⏵ Repeat  . To turn it off, tap the button until you see  ⏵ Repeat  .

**More options**

Under the Shuffle and Repeat buttons on Now Playing, you'll find the song's Lyrics' and a list of songs that will play Up Next. To reorganize Up Next, drag songs with ☰ to rearrange their order, or swipe left to remove a song that you want to skip. If you don't see ☰, turn off repeat.

https://support.apple.com/en-us/HT207230.

91.     Apple also infringes other claims of the '112 Patent, directly and through inducing infringement and contributory infringement.

92.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '112 Patent.

93.     By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' data communication features, Apple has injured Data Scape and is liable to Data Scape for infringement of the '112 Patent pursuant to 35 U.S.C. § 271

94.     As a result of Apple's infringement of the '112 Patent, Plaintiff Data Scape is entitled to monetary damages in an amount adequate to compensate for Apple's infringement, but in no event less than a reasonable royalty for the use.

**COUNT VI**

**INFRINGEMENT OF U.S. PATENT NO. 9,712,614**

95.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

96.    Data Scape is the owner by assignment of United States Patent No. 9,712,614 ("the '614 Patent") entitled "Communication System And Its Method and Communication Apparatus And Its Method."  The '614 Patent was duly and legally issued by the United States Patent and Trademark Office on July 18, 2017.  A true and correct copy of the '614 Patent is included as Exhibit F.

97.    On information and belief, Apple has offered for sale, sold and/or imported into the United States Apple products and services that infringe the '614 patent, and continues to do so.  By way of illustrative example, these infringing products and services include, without limitation, Apple's products and services, *e.g.*, Apple iTunes and the Apple devices on which they operate (*e.g.* iPhone, MacBook, iPad), and all versions and variations thereof since the issuance of the '614 Patent ("Accused Instrumentalities").

98.    On information and belief, Apple has directly infringed and continues to infringe the '614 Patent, for example, by making, selling, offering for sale, and/or importing the Accused Instrumentalities, and through its own use and testing of the Accused Instrumentalities, which include a communication apparatus claimed by Claim 1 of the  '112 Patent comprising: a memory configured to store musical content data and a plurality of program lists associated with musical content data, a data interface configured to interface with an external reproduction apparatus, and circuitry configured to control playback of musical content data based on a program list so that the musical content data referenced in the program list is played back as a collection, the program list being associated with a predetermined identified uniquely identifying a predetermined external reproduction apparatus among a plurality of reproduction

apparatuses, control presentation of the program list to a user via a user interface, accept edits to the program list via a user interface, determine whether an identifier received by the circuitry via the data interface is the predetermined identified, control transfer of the musical content data to the predetermined external reproduction apparatus via the data interface based on the program list when the received identifier is the predetermined identifier without receiving information on selection of the musical content data from the predetermined external reproduction apparatus, compare the program list with a second list of musical content data stored in the predetermined external reproduction apparatus, identify a piece of musical content data common to the program list and the second list based on a result of the comparison, and control transfer to the predetermined external reproduction apparatus of the musical content data that is in the program list and is not in the second list of musical content data based on the result of the comparison such that transfer of the identified piece of musical content data common to the program list and the second list is omitted. Upon information and belief, Apple uses the Accused Instrumentalities, which consist of the accused apparatus, for its own internal non-testing business purposes, while testing the Accused Instrumentalities, and while providing technical support and repair services for the Accused Instrumentalities to Apple's customers.

99.    On information and belief, Apple has had knowledge of the '614Patent since at least the filing of the original Complaint in this action, or shortly thereafter, and on information and belief, Apple knew of the '614 Patent and knew of its infringement, including by way of this lawsuit. By the time of trial, Apple will have known and intended (since receiving such notice) that their continued actions would actively induce and contribute to the infringement of the claims of the '614 Patent.

100.    On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the claims of the '929 Patent.

101.    Apple's affirmative acts of making, using, selling, offering for sale, and/or importing the Accused Instrumentalities have induced and continue to induce users of

the Accused Instrumentalities to use the Accused Instrumentalities in their normal and customary way that infringes Claim 1 of the '614 Patent, knowing that when the Accused Instrumentalities are used in their ordinary and customary manner such systems include a communication apparatus claimed by Claim 1 of the '614 Patent comprising: a memory configured to store musical content data and a plurality of program lists associated with musical content data, a data interface configured to interface with an external reproduction apparatus, and circuitry configured to control playback of musical content data based on a program list so that the musical content data referenced in the program list is played back as a collection, the program list being associated with a predetermined identified uniquely identifying a predetermined external reproduction apparatus among a plurality of reproduction apparatuses, control presentation of the program list to a user via a user interface, accept edits to the program list via a user interface, determine whether an identifier received by the circuitry via the data interface is the predetermined identified, control transfer of the musical content data to the predetermined external reproduction apparatus via the data interface based on the program list when the received identifier is the predetermined identifier without receiving information on selection of the musical content data from the predetermined external reproduction apparatus, compare the program list with a second list of musical content data stored in the predetermined external reproduction apparatus, identify a piece of musical content data common to the program list and the second list based on a result of the comparison, and control transfer to the predetermined external reproduction apparatus of the musical content data that is in the program list and is not in the second list of musical content data based on the result of the comparison such that transfer of the identified piece of musical content data common to the program list and the second list is omitted. For example, Apple explains to customers the benefits of using the Accused Instrumentalities, such as by touting their advantages of communicating and sharing data among multiple devices:

# Sync your iPhone, iPad, or iPod using iTunes on your computer

Learn how to sync music, movies, and more using iTunes on your Mac or PC.

Before you use iTunes to sync content to your iOS device, consider using iCloud, Apple Music, or similar services to keep content from your Mac or PC in the cloud. This way, you can access your music, photos, and more on your iOS devices when you aren't near your computer. Learn more about using Apple Music or iCloud Photos instead of iTunes.

> If you use iCloud or other services like Apple Music to keep your content up to date across all of your devices, syncing through iTunes might be turned off.

## What you can sync with iTunes

- Albums, songs, playlists, movies, TV shows, podcasts, books, and audiobooks.
- Photos and videos.
- Contacts and calendars.
- Device backups that you made using iTunes.

iTunes features might vary by country or region.

https://support.apple.com/en-us/HT201253. For similar reasons, Apple also induces its customers to use the Accused Instrumentalities to infringe other claims of the '614 Patent. Apple specifically intended and was aware that the normal and customary use of the Accused Instrumentalities would infringe the '614 Patent. Apple performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '614 Patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement. On information and belief, Apple engaged in such inducement to promote the sales of the Accused Instrumentalities, *e.g.*, through Apple's user manuals, product support, marketing materials, and training materials to actively induce the users of the accused products to infringe the '614 Patent. Accordingly, Apple has induced and continues to induce end users of the accused products to use the accused products in their ordinary and customary way to make and/or use systems infringing the '614 Patent, knowing that

such use of the Accused Instrumentalities with compatible systems will result in infringement of the '614 Patent. Accordingly, Apple has been (since at least as of filing of the original complaint), and currently is, inducing infringement of the '614 Patent, in violation of 35 U.S.C. § 271(b).

102.    Apple  also indirectly infringes the '614 Patent by manufacturing, using, selling, offering for sale, and/or importing the accused products, with knowledge that the accused products were and are especially manufactured and/or especially adapted for use in infringing the '614 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.  On information and belief, the Accused Instrumentality is designed to include a communication apparatus claimed by Claim 1 of the  '112 Patent comprising: a memory configured to store musical content data and a plurality of program lists associated with musical content data, a data interface configured to interface with an external reproduction apparatus, and circuitry configured to control playback of musical content data based on a program list so that the musical content data referenced in the program list is played back as a collection, the program list being associated with a predetermined identified uniquely identifying a predetermined external reproduction apparatus among a plurality of reproduction apparatuses, control presentation of the program list to a user via a user interface, accept edits to the program list via a user interface, determine whether an identifier received by the circuitry via the data interface is the predetermined identified, control transfer of the musical content data to the predetermined external reproduction apparatus via the data interface based on the program list when the received identifier is the predetermined identifier without receiving information on selection of the musical content data from the predetermined external reproduction apparatus, compare the program list with a second list of musical content data stored in the predetermined external reproduction apparatus, identify a piece of musical content data common to the program list and the second list based on a result of the comparison, and control transfer to the predetermined external reproduction apparatus of the musical content data that is

in the program list and is not in the second list of musical content data based on the result of the comparison such that transfer of the identified piece of musical content data common to the program list and the second list is omitted. Because the Accused Instrumentality is designed to include the claimed communication apparatus, the Accused Instrumentality has no substantial non-infringing uses, and any other uses would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental. Apple's manufacture, use, sale, offering for sale, and/or importation of the Accused Instrumentality constitutes contributory infringement of the '614 Patent. Accordingly, Apple has been, and currently is, contributorily infringing the '614 Patent in violation of 35 U.S.C. § 271(c).

103.    The Accused Instrumentalities includes "[a] communication apparatus." For example, an iPhone, iPad or iPod touch can be connected to a MacBook via, e.g., a USB cable, to transfer files, e.g. music files, stored in the MacBook (e.g. a "communication apparatus").

## Sync or remove content using iTunes

1. Open iTunes and connect your device to your computer with a USB cable.
2. Click the device icon in the upper-left corner of the iTunes window. Learn what to do if you don't see the icon.



https://support.apple.com/en-us/HT201253.

104.    The Accused Instrumentalities include a communication apparatus comprising "a memory configured to store musical content data and a plurality of program lists associated with the musical content data." For example, the MacBook using iTunes contains memory that will store musical files as individual files, or as playlists associated with those files of music:



The Accused Instrumentalities include a communication apparatus further comprising "a data interface configured to interface with an external reproduction apparatus." For example, when an iOS device (*e.g.* iPhone, iPad, iPod Touch) (e.g. external reproduction apparatus) is connected to the MacBook (e.g. the communication

apparatus), iTunes will display a graphic user interface, allowing access to the data contained on the portable device:



https://discussions.apple.com/thread/4267230.



105.    The Accused Instrumentalities further include a communication apparatus comprising circuitry configured to "control playback of musical content data based on a program lists so that the musical content data referenced in the

1  program list is played back as a collection, the program list being associated with a

2  predetermined identifier uniquely identifying a predetermined external reproduction

3  apparatus among a plurality of reproduction apparatuses. For example, iTunes allows

4  musical files to be played as a "Playlist" consisting of a collection of musical files:



5  https://support.apple.com/en-us/HT207230. The Playlists can be uniquely associated

6  with different iOS devices (e.g. external reproduction apparatuses) and iTunes with

1  display an identifier associated with that device when the communication apparatus

2  and the external reproduction apparatus are connected:



19  https://support.apple.com/en-us/HT203060.

1  https://discussions.apple.com/thread/4267230.

2      106.    The Accused Instrumentalities further include a communication

3  apparatus comprising circuitry configured to "control presentation of the program list

4  to a user via user interface." For example, iTunes includes a graphic user interface that

5  will show the Playlists that are available both on the MacBook and on the external

6  reproduction device:



19      107.    The Accused Instrumentalities further include a communication

20  apparatus comprising circuitry configured to accept edits to the program list via the

user interface. For example, using the iTunes interface, a user can edit or modify Playlists:

Kenichi Watanabe    Level 8 (41,528 points)    Mac OS X

Oct 24, 2016 11:43 PM in response to dayarts

If you directly sync from an iTunes library to iPhone, there are several ways, but this one may be most convenient. First, in you iTunes library, create a new playlist that **only has the songs you want on iPhone**. Or you can use an existing playlist for this purpose. I'll call it the *iPhone Songs* playlist for this discussion.

Select iPhone in iTunes by clicking its *device button*. Here's my iPod's *device button* in upper-left corner of iTunes window, circled in red (same location for an iPhone).

iPhone's *Summary* settings screen appears in iTunes window. Along the left side, in the sidebar, under **Settings**, click **Music**. iPhone's *Music* settings screen appears to the right.

If iTunes is currently syncing **all** of your songs, **Sync Music** is probably checked already. Instead of the **Entire music library** option, choose option to sync **Selected playlists, artists, albums, and genres**. Below that, under *Playlists*, find that *iPhone Songs* playlist and select (checkmark) it. You don't need to select anything else on this screen. Click *Apply* button to sync just this one playlist and its songs to iPhone.

Going forward, to update songs on iPhone, update that *iPhone Songs* playlist in your iTunes library (add/remove songs). Your iPhone does **not** need to be connected. The next time you connect iPhone (or click *Sync* if already connected), iTunes automatically updates iPhone with the same changes.

NOTE: I described this method with just one *iPhone Songs* playlist, but you can also create and maintain multiple playlists for your iPhone (for different purposes) in your iTunes library, and select them all for syncing on iPhone's *Music* settings screen. They can be regular or smart playlists.

https://discussions.apple.com/thread/7720242.

108.    The Accused Instrumentalities further include circuitry configured to "determine whether an identifier received by the circuitry via the data interface is the predetermined identifier." For example, when external reproduction apparatus (*e.g.*

iPhone, iPod, IPad) is connected to the MacBook, iTunes will display an identifier associated with that device along with Playlists associated with that device.

## Locate and view your connected device in iTunes

After you connect your iPhone, iPad, iPod, or Apple TV to your computer, you can view it and access its settings in different areas of iTunes depending on the version you're using.

Connect your iPhone, iPad, iPod, or Apple TV to your computer using the USB cable that came with it or via Wi-Fi. Then, choose your version of iTunes to find the location of your device's icon.



### iTunes 12

View your device by clicking on the device's icon in the upper-left corner of the iTunes window.



If you have multiple devices connected to your computer, click the device icon, then choose your device from the menu.



https://support.apple.com/en-us/HT203060.

Jim VanLeeuwen    |    ∷ Level 6 (18,874 points)    |    iPhone

Sep 4, 2012 1:12 PM in response to Keiloon

I use Method 2 as described in **How to use multiple iPods, iPads, or iPhones with one computer:**

http://support.apple.com/kb/HT1495

I create several playlists and select which playlists I want on each device. Several playlists end up on all devices while others are only selected for one device. I keep one playlist strictly for "New Stuff" and I drag songs into or out of this playlist as my mood changes.

I don't ever check or uncheck items except holiday songs when the season passes.

Reply    Helpful    ∨

https://discussions.apple.com/thread/4267230.

109.   The Accused Instrumentalities further include circuitry configured to "control transfer of the musical content data to the predetermine external reproduction apparatus via the data interface based on the program list when the received identifier is the predetermined identifier without receiving information on selection of the musical content data from the predetermined external reproduction apparatus." For example, iTunes will sync the playlist on the MacBook with the playlist on the iOS device, with regard to music content on the device, *e.g.*, music files on the iOS device, may be deleted.

5. By default, iTunes syncs your device whenever you connect it to your computer. If you want to have iTunes ask you before syncing, do one of the following:

- Require a prompt before syncing this device: Click Summary, then deselect "Open iTunes when this [device] is connected."

- Require a prompt before syncing all devices: Choose Edit > Preferences, click Devices, and select "Prevent iPods, iPhones, and iPads from syncing automatically."

6. When you're ready to sync, click Apply.

Tip: To automatically sync a connected device at any time, choose File > Devices > Sync [device name].

WARNING: If you delete an automatically synced item from your iTunes library, the deleted item is removed from your device the next time you sync.

110.   The Accused Instrumentalities further include circuitry configured to "compare the program list with a second list of musical content data stored in the

predetermined external reproduction apparatus." For example, iTunes will compare playlists found in the MacBook with corresponding playlists found in the iOS devices.

https://discussions.apple.com/thread/4267230.

jeremy_v | 🍎 Community Specialists

Oct 19, 2013 11:42 AM in response to louiepatterson

Hi louiepatterson,

Thanks for visiting Apple Support Communities.

If your entire iTunes library is syncing every time you connect your iPhone, you may want to try setting up syncing in iTunes again by following the steps in the appropriate article below. If you're syncing music, try un-checking and then re-checking the "Sync music" checkbox in iTunes.

**iTunes 11 for Mac: Set up syncing for iPod, iPhone, or iPad**
http://support.apple.com/kb/PH12113

**iTunes 11 for Windows: Set up syncing for iPod, iPhone, or iPad**
http://support.apple.com/kb/PH12313

Your entire library will sync again once more after this, but then only new songs should sync thereafter. If the issue persists, I'd try the troubleshooting steps in our iPhone assistant next:

**Frozen or unresponsive iPhone**
http://www.apple.com/support/iphone/assistant/phone/

https://discussions.apple.com/thread/5452203?tstart=0

111.    The Accused Instrumentalities further include circuitry configured to "identify a piece of musical content data common to the program list and the second list based on the result of the comparison." For example, iTunes will determine

1   whether the playlists found in the MacBook and the iOS device are the same, or

2   whether there are additional files in the playlist of the MacBook.

3   Kenichi Watanabe        Level 8 (41,528 points)   ⊗   Mac OS X

4   Oct 24, 2016 11:43 PM in response to dayarts

5   If you directly sync from an iTunes library to iPhone, there are several ways, but this one may be most convenient. First, in
    you iTunes library, create a new playlist that **only has the songs you want on iPhone**. Or you can use an existing playlist
    for this purpose. I'll call it the *iPhone Songs* playlist for this discussion.

6   Select iPhone in iTunes by clicking its *device button*. Here's my iPod's *device button* in upper-left corner of iTunes window,
    circled in red (same location for an iPhone).

7   ◀◀   ▶   ▶▶                                        ●

8   ‹ › │ ♫ Music ◦ │ (□)

    iPhone's *Summary* settings screen appears in iTunes window. Along the left side, in the sidebar, under **Settings**, click **Music**.
    iPhone's *Music* settings screen appears to the right.

9

10  If iTunes is currently syncing **all** of your songs, **Sync Music** is probably checked already. Instead of the **Entire music library**
    option, choose option to sync **Selected playlists, artists, albums, and genres**. Below that, under *Playlists*, find that *iPhone
    Songs* playlist and select (checkmark) it. You don't need to select anything else on this screen. Click *Apply* button to sync
    just this one playlist and its songs to iPhone.

11

12  Going forward, to update songs on iPhone, update that *iPhone Songs* playlist in your iTunes library (add/remove songs).
    Your iPhone does **not** need to be connected. The next time you connect iPhone (or click *Sync* if already connected), iTunes
    automatically updates iPhone with the same changes.

13  NOTE: I described this method with just one *iPhone Songs* playlist, but you can also create and maintain multiple playlists
    for your iPhone (for different purposes) in your iTunes library, and select them all for syncing on iPhone's *Music* settings
    screen. They can be regular or smart playlists.

14

15  https://discussions.apple.com/thread/7720242.

16

17  https://discussions.apple.com/thread/4267230.

18  jeremy_v      Community Specialists

19  Oct 19, 2013 11:42 AM in response to louiepatterson

20  Hi louiepatterson,

21  Thanks for visiting Apple Support Communities.

    If your entire iTunes library is syncing every time you connect your iPhone, you may want to try setting up syncing in iTunes again by
    following the steps in the appropriate article below. If you're syncing music, try un-checking and then re-checking the "Sync music"
    checkbox in iTunes.

22  **iTunes 11 for Mac: Set up syncing for iPod, iPhone, or iPad**
    http://support.apple.com/kb/PH12113

23  **iTunes 11 for Windows: Set up syncing for iPod, iPhone, or iPad**
    http://support.apple.com/kb/PH12313

24

25  Your entire library will sync again once more after this, but then only new songs should sync thereafter. If the issue persists,
    I'd try the troubleshooting steps in our iPhone assistant next.

26  **Frozen or unresponsive iPhone**
    http://www.apple.com/support/iphone/assistant/phone/

27

28  https://discussions.apple.com/thread/5452203?tstart=0

112.    The Accused Instrumentalities further include circuitry configured to "control transfer to the predetermined external reproduction apparatus of the musical content data that is in the program list and is not in the second list of musical content data based on the result of the comparison such that transfer of the identified piece of musical content data common to the program list and the second list is omitted."   For example, after comparing playlists stored in the MacBook with the playlists stored in

1  the iOS devices, iTunes will copy to the iOS devices only the music files found in the

2  MacBook that are not present in the iOS devices.

3  Kenichi Watanabe    Level 8 (41,528 points)    Mac OS X

4  Oct 24, 2016 1:43 PM in response to dayarts

5  If you directly sync from an iTunes library to iPhone, there are several ways, but this one may be most convenient. First, in you iTunes library, create a new playlist that **only has the songs you want on iPhone**. Or you can use an existing playlist for this purpose. I'll call it the *iPhone Songs* playlist for this discussion.

6  Select iPhone in iTunes by clicking its *device button*. Here's my iPod's *device button* in upper-left corner of iTunes window, circled in red (same location for an iPhone).

7  [iTunes player controls]

8  iPhone's *Summary* settings screen appears in iTunes window. Along the left side, in the sidebar, under **Settings**, click **Music**. iPhone's *Music* settings screen appears to the right.

9

10  If iTunes is currently syncing **all** of your songs, **Sync Music** is probably checked already. Instead of the **Entire music library** option, choose option to sync **Selected playlists, artists, albums, and genres**. Below that, under *Playlists*, find that *iPhone Songs* playlist and select (checkmark) it. You don't need to select anything else on this screen. Click *Apply* button to sync just this one playlist and its songs to iPhone.

11  Going forward, to update songs on iPhone, update that *iPhone Songs* playlist in your iTunes library (add/remove songs).

12  Your iPhone does **not** need to be connected. The next time you connect iPhone (or click *Sync* if already connected), iTunes automatically updates iPhone with the same changes.

13  NOTE: I described this method with just one *iPhone Songs* playlist, but you can also create and maintain multiple playlists for your iPhone (for different purposes) in your iTunes library, and select them all for syncing on iPhone's *Music* settings screen. They can be regular or smart playlists.

14

15  https://discussions.apple.com/thread/7720242.

16

17  https://discussions.apple.com/thread/4267230.

18  jeremy_v    Community Specialists

19  Oct 19, 2013 11:42 AM in response to louiepatterson

20  Hi louiepatterson,

21  Thanks for visiting Apple Support Communities.

21  If your entire iTunes library is syncing every time you connect your iPhone, you may want to try setting up syncing in iTunes again by following the steps in the appropriate article below. If you're syncing music, try un-checking and then re-checking the "Sync music" checkbox in iTunes.

22  **iTunes 11 for Mac: Set up syncing for iPod, iPhone, or iPad**

23  http://support.apple.com/kb/PH12113

    **iTunes 11 for Windows: Set up syncing for iPod, iPhone, or iPad**

24  http://support.apple.com/kb/PH12313

25  Your entire library will sync again once more after this, but then only new songs should sync thereafter. If the issue persists, I'd try the troubleshooting steps in our iPhone assistant next.

26  **Frozen or unresponsive iPhone**

    http://www.apple.com/support/iphone/assistant/phone/

27

28  https://discussions.apple.com/thread/5452203?tstart=0

113.     Apple also infringes other claims of the '614 Patent, directly and through inducing infringement and contributory infringement.

114.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '614 Patent.

115.     By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' data communication features, Apple has injured Data Scape and is liable to Data Scape for infringement of the '614 Patent pursuant to 35 U.S.C. § 271.

116.     As a result of Apple's infringement of the '614 Patent, Plaintiff Data Scape is entitled to monetary damages in an amount adequate to compensate for Apple's infringement, but in no event less than a reasonable royalty for the use.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Data Scape respectfully requests that this Court enter:

a.     A judgment in favor of Plaintiff that Apple has infringed, either literally and/or under the doctrine of equivalents, the '929 Patent, the '751 Patent, the '469 Patent, the '537 Patent, the '112 Patent, and the '614 Patent.

b.     A permanent injunction prohibiting Apple from further acts of infringement of the '929 Patent, the '751 Patent, the '469 Patent, the '537 Patent, the '112 Patent, and the '614 Patent.

c.     A judgment and order requiring Apple to pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for its infringement of the '929 Patent, the '751 Patent, the '469 Patent, the '537 Patent, the '112 Patent, and the '614 Patent; and

d.     A judgment and order requiring Apple to provide an accounting and to pay supplemental damages to Data Scape, including without limitation, prejudgment and post-judgment interest;

1      e.    A judgment and order finding that this is an exceptional case within the

2  meaning of 35 U.S.C. § 285 and awarding Data Scape its reasonable attorneys' fees

3  against Apple; and

4      f.    Any and all other relief as the Court may deem appropriate and just under

5  the circumstances.

6  **DEMAND FOR JURY TRIAL**

7      Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial

8  by jury of any issues so triable by right.

9

10                      Respectfully Submitted,

11  Dated: December 26, 2018

12                    /s/ Reza Mirzaie
                  RUSS AUGUST & KABAT

13                    Marc A. Fenster, SBN 181067
                  Email: mfenster@raklaw.com

14                    Reza Mirzaie (CA SBN 246953)
                  Email: rmirzaie@raklaw.com

15                    Brian D. Ledahl (CA SBN 186579)
                  Email: bledahl@raklaw.com

16                    Paul Kroeger (CA SBN 229074)
                  Email: pkroeger@raklaw.com

17                    C. Jay Chung (CA SBN 252794)
                  Email: jchung@raklaw.com

18                    Philip X. Wang (CA SBN 262239)
                  Email: pwang@raklaw.com

19                    *Attorneys for Plaintiff Data Scape Limited*

20

21

22

23

24

25

26

27

28