1 Clayton C. James (Cal. Bar No. 287800)
2 clay.james@hoganlovells.com
**HOGAN LOVELLS US LLP**
3 Three Embarcadero Center, Suite 1500
4 San Francisco, California, 94111
Telephone: (415) 374-2300
5 Facsimile: (415) 374-2499

6
7 Attorney for Defendant Apple Inc.

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA
10 WESTERN DIVISION

11

| 12 | DATA SCAPE LIMITED, | Case No. 2:18-cv-10659-JAK-JC |
|---|---|---|
| 13 | Plaintiff, | **DEFENDANT APPLE INC.'S REQUEST TO ADVANCE HEARING DATE FOR RENEWED MOTION TO TRANSFER** |
| 14 | v. | |
| 15 | APPLE INC., | |
| 16 | Defendant. | **Judge: Honorable John A. Kronstadt** |
| 17 | | |
| 18 | | |

19  Pursuant to this Court's Order (Dkt. 30), Apple Inc. requests that this Court
20 advance the hearing date set for Apple's Renewed Motion to Transfer.
21  Apple originally moved to transfer this action from this District to the
22 Northern District of California on May 1, 2019. (Dkt. 24.) The same day, the
23 parties stipulated to stay the case pending resolution of a parallel ITC investigation.
24 (Dkt. 25.) On May 16, 2019, the Court stayed this action in its entirety, including
25 Apple's transfer motion, pending final resolution of the ITC investigation.
26 (Dkt. 30.) Pursuant to that Order, Apple is filing a Renewed Notice of Motion and
27 Motion to transfer this case to the Northern District of California.
28

Apple set the hearing for its Renewed Transfer Motion for October 21, 2019, based on the dates available on the Court's motions calendar. However, this date is more than five months since Apple originally moved to transfer and filed its opening brief. Apple respectfully requests that the Court advance the hearing date currently set for Apple's Renewed Transfer Motion to Monday, August 26, or as soon thereafter as practicable in the interest of resolving threshold venue issues before proceedings progress in an inconvenient forum.

Dated: July 24, 2019

*/s/ Clayton C. James*
Clayton C. James
(Cal. Bar No. 287800)
HOGAN LOVELLS US LLP
clay.james@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California, 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499

*Attorney for Defendant Apple Inc.*