AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California, Western Division  on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:18-cv-10659 JAK | DATE FILED<br>12/26/2018 | U.S. DISTRICT COURT<br>Central District of California, Western Division |
|---|---|---|
| PLAINTIFF<br>DATA SCAPE LIMITED | | DEFENDANT<br>APPLE INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,720,929 | 5/18/2010 | Data Scape Limited |
| 2 | 10,027,751 | 7/17/2018 | Data Scape Limited |
| 3 | 7,239,469 | 7/3/2007 | Data Scape Limited |
| 4 | 7,617,537 | 11/10/2009 | Data Scape Limited |
| 5 | 9,380,112 | 6/28/2016 | Data Scap Limited |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ORDER DISMISSING CASE" |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ *Jennylam* | DATE<br>9/16/2019 |
|---|---|---|

**Copy 3—Upon termination of action**.

|   |   |
|---|---|
| 1 | RUSS, AUGUST & KABAT |
| 2 | Marc A. Fenster, SBN 181067 |
|   | Email: mfenster@raklaw.com |
| 3 | Reza Mirzaie (CA SBN 246953) |
| 4 | Email: rmirzaie@raklaw.com |
|   | Brian D. Ledahl (CA SBN 186579) |
| 5 | Email: bledahl@raklaw.com |
| 6 | Paul Kroeger (CA SBN 229074) |
|   | Email: pkroeger@raklaw.com |
| 7 | C. Jay Chung (CA SBN 252794) |
| 8 | Email: jchung@raklaw.com |
|   | Philip X. Wang (CA SBN 262239) |
| 9 | Email: pwang@raklaw.com |
| 10 | 12424 Wilshire Boulevard, 12th Floor |
|   | Los Angeles, California 90025 |
| 11 | Telephone: (310) 826-7474 |
| 12 | Facsimile: (310) 826-6991 |

*Attorneys for Plaintiff*
*Data Scape Limited*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| DATA SCAPE LIMITED, | |
|---|---|
| Plaintiff, | Case No. 2:18-cv-10659 |
| vs. | **ATTACHMENT TO FORM AO 120** |
| APPLE INC., | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
| Defendant. | |
| | **JURY TRIAL DEMANDED** |

1

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,712,614 | 07/18/2017 | Data Scape Limited |